**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARCUS KOSTOLICH, KOSTOLICH GROUP, INC.,**

        **Plaintiffs,**

**-vs-**                                   **Case No. 6:11-cv-80-Orl-28DAB**

**L-3 COMMUNICATIONS CORPORATION,**

        **Defendant.**

_____

# ORDER

This case is before the Court on Crown Products' ("Crown") Motion to Dismiss Plaintiff's Third Amended Complaint for Lack of Subject Matter Jurisdiction (Doc. No. 82) and L-3 Communication Corporation's ("L-3") Joinder and Motion to Dismiss for Failure to Join a Necessary Party (Doc. 83), both filed on January 11, 2012. The United States Magistrate Judge has submitted a report recommending that the motions be granted in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 2, 2012 (Doc. No. 88) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Crown's Motion to Dismiss (Doc. No. 82) and L-3's Joinder in Crown's Motion to Dismiss (Doc. NO. 83) are **GRANTED in part**.

3. This case is dismissed from this Court, without prejudice to bringing the case in the appropriate state court.

4. L-3's Motion to Dismiss for failure to join a necessary party (Doc. No. 83) is **DENIED as moot**.

5. The Clerk of the Court is directed to terminate any pending motions and to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __24th__ day of May, 2012.

Copies furnished to:

United States Magistrate Judge

Counsel of Record

_____
JOHN ANTOON II
United States District Judge